**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6537**

WILLIE HORTON,

　　　　　　　Plaintiff - Appellant,

　　　v.

GEORGE WEST, Esq.; GARY JACKSON, Esq.; DAVID BARGER, Esq.,

　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis III, Senior District Judge.  (1:10-cv-00154-TSE-JFA)

Submitted:  September 29, 2011　　　Decided:  October 5, 2011

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie Horton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Horton appeals the district court's order denying relief on his 42 U.S.C. §§ 1983, 1985 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Horton v. West, No. 1:10-cv-00154-TSE-JFA (E.D. Va. Jan. 13, 2011). We deny Horton's pending motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2